Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67247.**—John L. Westland & Son, Inc., a/c Cade-Grayson & Co. et al. *v.* United States, protests 59/9669, etc.   (Los Angeles).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J.Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67248.**—Page & Jones, Inc. *v.* United States, protests 59/12467, etc.   (Mobile).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67249.**—New York Merchandise Co., Inc. *v.* United States, protests 59/12810, etc.   (Los Angeles).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67250.**—Falcon Sales Co. and Biddle Purchasing Co. *v.* United States, protests 59/18197 and 58/25491 (Galveston).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J.Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.